UNITED STATES DISTRICT COURT  COUNTY OF  263735 Jeffrey S Dubin

INDEX NO: 07 CIV 6303
FILED ON: July 10, 2007
DISTRICT: Southern/NY

Fred Alston, as Trustee of the Local 272 Labor-Management Pension Fund, etc.

vs

Trustworthy Landscaper Inc.

Plaintiff(s)

Defendant(s)

STATE OF NEW YORK, COUNTY OF ALBANY, SS.:

## AFFIDAVIT OF SERVICE BY THE SECRETARY OF STATE

_____Stephen L. Collen_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____July 24, 2007_____, at _____3:00pm_____, at the office of the Secretary of State of the State of New York in the City of Albany, New York, deponent served the annexed Summons in a Civil Action and Complaint, Judge's Individual Rules & Instructions Procedures & Guidelines For For Filing an Electronic Case, on Trustworthy Landscaper Inc.

Defendant in this action, by delivering to and leaving with _____Donna Christie_____, Authorized Agent, in the Office of the Secretary of State of the State of New York, personally at the Office of the Secretary of State of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State the statutory fee, if required. Service was made pursuant to Section 306 Business Corporation Law.

☐ Service was completed by mailng notice of such service and one (1) true copy thereof by    ☐ Registered or
☐ 1st Class Mail and Certified Mail, # _____, Return Receipt Requested on _____
to said defendant at: _____.

Papers so served were properly endorsed with the index number and date of filing.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.
Description of the person served:    Approx. Age: 44 years    Approx. weight: 130 lbs    Approx. Ht.: 5'5"
Sex: female    Color of skin: white    Color of hair: brown    Other: _____

Sworn to before me on_____July 26, 2007

MARCY A. O'HARE
NOTARY PUBLIC, State of New York
No. 4865530, Qualified in Albany County
Term Expires July 14, 2010

Stephen L. Collen

Invoice·Work Order # 0706137