

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
FRED ALSTON , as a Trustee of the
LOCAL 272 LABOR-MANAGEMENT PENSION FUND;
FRED ALSTON , as a Trustee of the
LOCAL 272 WELFARE FUND,

                              Plaintiffs,

    -against-

TRUSTWORTHY LANDSCAPER INC.,

                              Defendant.
------------------------------------------------------------X

Civil Action No.
07cv6303(DAB/THK)
ECF Case

DEFAULT
JUDGMENT

    This action having been commenced by the filing of a complaint and the issuance of a summons on July 10, 2007, and the summons and complaint having been served on defendant by service on the Secretary of State of the State of New York, on July 24, 2007, proof of service having been filed by the Office of the Clerk of this Court on August 3, 2007, and defendant, TRUSTWORTHY LANDSCAPER INC., not having appeared, answered or otherwise moved with respect to the complaint herein, and the time for said defendant to appear, answer or otherwise move having expired, it is

    ORDERED, ADJUDGED AND DECREED that FRED ALSTON, as a Trustee of THE LOCAL 272 LABOR-MANAGEMENT PENSION FUND; FRED ALSTON, as a Trustee of THE LOCAL 272 WELFARE FUND, with offices at 220 East 23rd Street, 8th Floor, New York, NY 10010, have judgment against the defendant, TRUSTWORTHY LANDSCAPER INC. , whose last known address is 119 South bay Avenue, Freeport, NY 11520, for the relief demanded in the Complaint to Wit: that defendant allow plaintiffs to audit all books

and records of all defendant's trades and businesses, whether or not incorporated, which are under defendant's common control, that will enable plaintiffs to determine the amount of contributions owed to plaintiffs on behalf of participants employed by defendants for the period January 1, 2006 to date, and it further

ORDERED, ADJUDGED and DECREED that the defendant shall pay to plaintiffs the amounts determined by the audits to be due to the plaintiffs, together with interest at the rate of 18% from January 1, 2006 to date, pursuant to 29 U.S.C., Section 1132(g)(2)(B) and (E) and additional interest at the rate of 18% pursuant to 29 U.S.C., Section 1132(g)(2)(C) and (E) and awarding plaintiffs attorney's fees of $1,325.00 and costs of $425.00 pursuant to 29 U.S.C., Section 1132(g)(2)(D) against defendant, totaling $1,750.00 and it is further

ORDERED AND ADJUDGED that the judgment rendered by the Court on this day in favor of the plaintiffs be entered as a final judgment, and the Clerk of the Court is directed to enter such judgment forthwith.

Dated: New York, New York

*Deborah A. Batts*
U.S.D.J.

*February 14, 2008*
Date

JUDGMENT ENTERED:

_____
Clerk

_____
Date

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
FRED ALSTON, as a Trustee of THE
LOCAL 272 LABOR-MANAGEMENT PENSION FUND;
FRED ALSTON, as a Trustee of THE
LOCAL 272 WELFARE FUND,

                            Plaintiffs,

- against -

TRUSTWORTHY LANDSCAPER INC.,

                            Defendant.
------------------------------------------------------------------X

Civil Action No.
07cv6303(DAB/THK)
ECF Case

CLERK'S
CERTIFICATE

    I, J. MICHAEL McMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that the docket entries in the above-entitled action indicate that the defendant TRUSTWORTHY LANDSCAPER INC., was served with a copy of the summons and complaint on July 24, 2007 by service on the Secretary of State of New York, pursuant to Section 306 of the Business Corporation Law of the State of New York.

    I further certify that the docket entries indicate that the defendant TRUSTWORTHY LANDSCAPER INC., has not filed an answer or otherwise moved with respect to the complaint herein.

    The default of defendant TRUSTWORTHY LANDSCAPER INC., is hereby noted.

Dated: New York, New York
       Aug 30, 2007

                                                          J. Michael McMahon
                                                          Clerk

                                          BY:_____
                                                  Deputy Clerk