Jeffrey S. Dubin (JD-0446)
Attorney for Plaintiffs
464 New York Avenue
Suite 100
Huntington, New York 11743
(631) 351-0300
(914) 686-0553
(631) 351-1900 FAX
DubinJS@cs.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------x
FRED ALSTON, as a Trustee of THE
LOCAL 272 LABOR-MANAGEMENT PENSION
FUND; FRED ALSTON, as a Trustee of THE
LOCAL 272 WELFARE FUND,

                    Plaintiffs,

    - against -

TRUSTWORTHY LANDSCAPER INC.,
                  Defendant.
---------------------------------------------x

Civil Action No.:
07cv6303(DAB)(THK)

**SATISFACTION OF JUDGMENT**

#08, 0267

WHEREAS, a judgment was entered on February 15, 2008 in the above entitled action on in the United States District Court, Southern District of New York in favor of Plaintiffs and against Trustworthy Landscaper Inc., for the sum of $1,750.00, and said judgment has been fully paid, and the sum of $-0- remains unpaid, AND it is certified that there are not outstanding executions with any Sheriff or Marshal within the State of New York,

THEREFORE, satisfaction of said judgment is hereby acknowledged, and the said Clerks are hereby authorized and directed to make any entry of full satisfaction on the docket of said judgment.

Dated: August 19, 2008

_____
Jeffrey S. Dubin (JD-0446)

STATE OF NEW YORK, COUNTY OF SUFFOLK
    On August 19, 2008, before me personally came Jeffrey S. Dubin to me known and known to me to be the attorney for Plaintiffs in the above entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

KAREN ANN ALLEVA
Notary Public, State of New York
No. 01AL6185864
Qualified in Nassau County
Commission Expires April 21, 20 12

_____
Notary Public

Civil Action No. 07cv6303(DAB)(THK)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------

FRED ALSTON, etc.

                        Plaintiffs,

            -against-

TRUSTWORTHY LANDSCAPER, INC.,

                      Defendant.

------------------------------------------------

SATISFACTION OF JUDGMENT

------------------------------------------------

Jeffrey S. Dubin
Attorney for Plaintiffs
464 New York Avenue
Suite 100
Huntington, NY 11743
(631) 351-0300
(631) 351-1900 FAX
DubinJS@cs.com